UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COLIN CUSTARD,

      Plaintiff,                           Case No. 22-cv-10318
                                            Hon. Matthew F. Leitman

v.

MANSUETO VENTURES, LLC,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                                s/Matthew F. Leitman
                                                                MATTHEW F. LEITMAN
                                                                UNITED STATES DISTRICT JUDGE

Dated: May 19, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2022, by electronic means and/or ordinary mail.

                                                                s/Holly A. Ryan
                                                                Case Manager
                                                                (313) 234-5126